In the Matter of the Application for the Appointment of a Committee of the Person and Property of FRANK REMLEIN, an Alleged Incompetent Person. LEVINE & MECKLER, Attorneys for LILLIAN WOLZ and WILLIAM REMLEIN, Appellants; FRANCES REMLEIN, Petitioner in the Court Below, Respondent.— Order, so far as appealed from, unanimously affirmed, without costs. The affirmance of this order is not to be construed as an approval of the other allowances made in this proceeding from which no appeal has been taken. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERROL KERR, Respondent, v. EDWARD SUMNICK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. We are of the opinion that section 51-a of the Civil Practice Act is applicable and that the defendant should be given the benefit thereof. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH DASH, Appellant, v. HARRY WITSENHUYSEN, Respondent.— Order unanimously modified by granting plaintiff's motion to strike from defendant's demand for a bill of particulars items: 1 (a), 1 (b), 3 (a), 3 (b), 5 (a), 15 (b), 16 (b) and 17 to 23, inclusive, and that part of item 2 (a) relating to the manner in which the salary was to be paid, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Verified bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GEORGE M. SPECTOR v. NATIONAL CELLULOSE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BETTY BEHR ENGELHART and Another v. PLAZA OPERATING COMPANY, a Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS FRUCHTER, an Infant, etc., by IRVING FRUCHTER, His Guardian ad Litem, and IRVING FRUCHTER, Individually, v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. WILLIAM STANLEY MILLER and Others, Impleaded with CORN EXCHANGE BANK TRUST COMPANY, as Executors, etc., of EUGENE FAY, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SOPHIE D. COHEN v. JOSEPH H. HIRSHHORN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.